*[Handwritten in left margin:]* The application should be filed on ecf not as a miscellaneous case and randomly assigned to a district judge. SO ORDERED. /s/ [signature] USDJ Part I 7-6-17

*[Handwritten top right:]* Custody Part /

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 7/6/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

COMMISSIONS IMPORT EXPORT S.A.,

    Plaintiff-Judgment Creditor,

- against -

REPUBLIC OF THE CONGO,

    Defendant-Judgment Debtor.

------------------------------------------------------------ x

Case No. 14 Misc. 0187

**ORDER TO SHOW CAUSE FOR PROTECTIVE ORDER VACATING RESTRAINING NOTICE UNDER CPLR § 5240**

    Upon the affidavit of Alan Halpern, together with the exhibits attached thereto, memorandum of law, and all other papers or documents annexed hereto in support of the motion pursuant to CPLR § 5240 (the "Motion") of Delaware Trust Company, as Trustee under that certain Indenture dated November 15, 2007 ("Garnishee"), for a protective order vacating the restraining notice dated June 28, 2017 (the "Restraining Notice") issued by Commissions Import Export S.A., as Judgment Creditor in the above-captioned miscellaneous proceeding;

    ORDERED, that the above-named Judgment Creditor show cause before a motion term of this Court, at Room _____, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on _____, 2017, at _____ o'clock a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to CPLR § 5240, vacating the Restraining Notice; and it is further

    ORDERED that _____ service of a copy of this order and all papers or documents annexed hereto, upon Miller & Wrubel P.C., Attn: Charles R. Jacob III and Kerrin T. Klein, 570

C068838/0220771/1990145 1 1

Lexington Avenue, 25th Floor, New York, NY 10022, attorneys for the Judgment Creditor, on or before _____ o'clock a.m./p.m. on _____ ___, 2017, shall be deemed good and sufficient service thereof; and it is further

ORDERED that _____ service of the Judgment Creditor's opposition to the Motion, upon the Bryan Cave LLP, Attn: Stephanie Wickouski and Howard M. Rogatnick, 1290 Avenue of the Americas, New York, NY 10104, attorneys to the Garnishee, on or before _____ o'clock a.m./p.m. on _____ ___, 2017, shall be deemed good and sufficient service thereof; and it is further

ORDERED that _____ service of the Garnishee's reply upon Miller & Wrubel P.C., Attn: Charles R. Jacob III and Kerrin T. Klein, 570 Lexington Avenue, 25th Floor, New York, NY 10022, attorneys for the Judgment Creditor, on or before _____ o'clock a.m./p.m. on _____ ___, 2017, shall be deemed good and sufficient service thereof

Dated: July ___, 2017
New York, NY

_____
United States District Judge

*Parker, J*