UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JAN 2 8 2020

Commissions Import Export S.A.,

Plaintiff,

—v—

Republic of the Congo; Delaware Trust Company,

Defendants.

14-mc-187 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 14, 2020, Plaintiff filed a motion requesting that the Court: (i) amend the October 9, 2013 judgment (the "2013 Judgment"), which had been entered by the United States District Court for the District of Columbia, *Commissions Import Export S.A. v. Republic of the Congo*, 13 Civ. 713 (RLW), and which was registered in this District in this case, such that value of the judgment be converted from Euros to United States Dollars; and (ii) issue a determination pursuant to 28 U.S.C. § 1610(c) that a reasonable period of time has elapsed following the entry of the August 26, 2015 judgment (the "2015 Judgment") by the United States District Court for the District of Columbia, *Commissions Import Export S.A. v. Republic of the Congo*, 12 Civ. 743 (RCL), which was registered in this district in *Commissions Import Export S.A. v. Republic of the Congo*, 17 Misc. 175, such that Petitioner may proceed with attachment and execution on the 2015 Judgment.

Plaintiff is hereby ORDERED to show cause why its requests should not be filed in the District of Columbia, before the courts in which the 2013 Judgment and the 2015 Judgment were originally entered. Plaintiff shall file a letter, not to exceed five pages in length, on or before

1

February 11, 2020, in support of its position that this Court, not the District of Columbia, should grant the relief sought.

SO ORDERED.

Dated: January 28, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge