UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| COMMISSIONS IMPORT EXPORT S.A., | |
|---|---|
| Petitioner-Judgment Creditor, | Case No. 1:14-mc-00187 |
| -against- | |
| REPUBLIC OF THE CONGO | |
| Respondents-Judgment Debtor. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney admitted to practice before this Court, hereby appears as counsel for Commissions Import Export S.A., in the above-captioned proceeding and request that all future notices and papers in this action be served upon the undersigned at the address below.

Dated: January 29, 2020

                                                                         GOULSTON & STORRS PC

                                                          By: /s/ Isabel Sukholitsky
                                                          Isabel P. Sukholitsky
                                                          885 Third Avenue, 18th Floor
                                                          New York, New York 10022
                                                          (212) 878-6900
                                                          isukholitsky@goulstonstorrs.com

                                                          *Attorneys for Commissions Import Export S.A*