USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMMISSIONS IMPORT EXPORT S.A.,

                Petitioner-Judgment Creditor,

   -against-                                    Case No. 1:14-mc-00187

REPUBLIC OF THE CONGO,

                Respondent-Judgement Debtor.

---

## **ORDER GRANTING MOTION TO ALTER OR AMEND JUDGMENT**

        In consideration of Petitioner's motion to alter or amend the Judgment registered in this Court on June 18, 2014 under Case No. 1:14-mc-00187 (the "Original Judgment"), and any opposition and reply thereto, it is hereby:

        **ORDERED**, that Petitioner's motion to alter or amend the Original Judgment is hereby granted;

        **ORDERED**, that the Original Judgment as registered (Doc. No. 1) be altered and amended as follows, in order (i) to reflect the amounts awarded for Petitioner and against Respondent in United States Dollars as of the date of judgment and (ii) to assess interest in accordance with 28 U.S.C. § 1961 as provided in the Original Judgment; and

        **ORDERED**, that Petitioner is entitled to U.S. $772,562,221.53 as of December 31, 2019, plus interest pursuant to 28 U.S.C. § 1961 at $2,325.13 per diem thereafter.

**SO**

**ORDERED.**

July 17, 2020

_____

ALISON J. NATHAN
U.S.D.J.