**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
COMMISSIONS IMPORT EXPORT S.A.,

       Petitioner-Judgment Creditor,        14 MC 187 (AJN)

    -against-        **AMENDED JUDGMENT**

REPUBLIC OF THE CONGO,
       Respondent-Judgement Debtor.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 17, 2020, Petitioner's motion to alter or amend the Original Judgment is hereby granted; that the Original Judgment as registered (Doc. No. 1) be altered and amended as follows, in order (i) to reflect the amounts awarded for Petitioner and against Respondent in United States Dollars as of the date of judgment and (ii) to assess interest in accordance with 28 U.S.C. § 1961 as provided in the Original Judgment; and, that Petitioner is entitled to U.S. $772,562,221.53 as of December 31, 2019, plus interest pursuant to 28 U.S.C. § 1961 at $2,325.13 per diem thereafter.

**Dated:** New York, New York
       July 17, 2020

                                  **RUBY J. KRAJICK**
                                  _____
                                  Clerk of Court
                BY:
                                  Deputy Clerk