USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Commissions Import Export S.A.,

Plaintiff,

—v—

Republic of the Congo,

Defendant.

14-mc-187 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received non-party Ecree's letter request for a pre-motion conference and Plaintiff's letter in response.  Dkt. Nos. 21-22.  The request for a pre-motion conference is denied.  If Ecree files a motion to quash, Plaintiff will have two weeks to file an opposition, and Ecree will have one week after that to file a reply.  At that time, the Court will inform the parties whether a conference is necessary or if the Court will decide the motion on the papers.

SO ORDERED.

Dated: August 23, 2021
         New York, New York

_____
ALISON J. NATHAN
United States District Judge

1