UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

COMMISSIONS IMPORT EXPORT S.A.,

                              Plaintiff,                    **No. 14-mc-187-AJN**

        v.

REPUBLIC OF THE CONGO,

                              Defendant.

**DECLARATION OF DANIEL A. SCHNAPP IN SUPPORT OF
MOTION TO QUASH SUBPOENA**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am an attorney admitted to practice before this Court and am a Partner with the law firm Nixon Peabody LLP, counsel to Non-Party Ecree, LLC. I respectfully submit this Declaration in support of Ecree's motion to quash.

2. Annexed hereto as Exhibit 1 is the subpoena issued by Plaintiff, Commissions Import Export S.A. ("Plaintiff"), on July 16, 2021 against non-party Ecree.

3. Annexed hereto as Exhibit 2 is the Petition to Turnover Property filed by Plaintiff in *Commissions Import Export S.A. v. Republic of the Congo et al.*, 19-mc-00195-KPF (S.D.N.Y.).

4. Annexed hereto as Exhibit 3 is Registration of Foreign Judgment filed by Plaintiff in the above-referenced matter, filed at Dkt. 1.

I declare under penalty of perjury that the foregoing is true and correct.

1

Date:   September 17, 2021

Respectfully Submitted,

/s/ Daniel A. Schnapp
Daniel A. Schnapp
55 West 46th Street
New York, NY 10036
(212) 940-3000
dschnapp@nixonpeabody.com