# EXHIBIT 2

**LEGAL MAILING ADDRESS FOR UNIT OWNERS**
(This must be the address of the Unit Owner, not the Management Company)

Unit No. 32G
Trump International Hotel and Tower Condominium
One Central Park West
New York, NY

Name(s) Claudia Lemboumba

Address ███████████████████████

75116 Paris

France

Email matthew.schiller@klgates.com

Phone 973-848-4057

## STATEMENT OF ASSETS AND LIABILITIES

| Name: Claudia Lemboumba | | | How long at current address: | |
|---|---|---|---|---|
| Address: [redacted] | City: Paris | State: France | | Zip Code: |

**ANNUAL INCOME:**

| Salary | $ [redacted] | Name of Employer | [illegible] |
|---|---|---|---|
| | $ | Name of Employer | |
| Other | $ [redacted] | Source | [illegible] |
| Total | $ [redacted] | | |

| ASSETS: | | LIABILITIES: | |
|---|---|---|---|
| Cash (Schedule A) | $ [redacted] | Accts Payable | $ |
| Stocks & Bonds (Schedule B) | $ [redacted] | Notes Payable (Schedule F) | $ |
| Real Estate (Schedule C) | $ | Mortgages (Schedule C) | $ |
| Life Insurance, Cash Value, less al Loans (Schedule D) | $ | Other Liabilities | $ |
| Other Assets (Schedule E) | $ | Net Worth | $ |
| TOTAL | $ | TOTAL | $ |

### Schedule A – CASH

| Bank | Amount |
|---|---|
| SE [illegible] | $ [redacted] |
| | $ |
| | $ |
| | $ |

### Schedule F - NOTES PAYABLE

| Name of Creditor | Amount |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

### Schedule B – STOCKS & BONDS

| Security | Market Value | Security | Market Value |
|---|---|---|---|
| BG [illegible] | $ [redacted] | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

### Schedule C – REAL ESTATE

| Location | Description | Recorded in the name of | Rent income | Assessment | Mortgage held by | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

### Schedule D – LIFE INSURANCE

| | | | |
|---|---|---|---|
| | | | |

### Schedule E – OTHER ASSETS

| Explain | | | |
|---|---|---|---|
| | | | |

DATE: 22/07/2014

X _____
SIGNATURE:

SIGNATURE: _____

# Costwolds Partners, S.A.

Date: July 21st, 2014

To Whom It may concern:

This is to confirm that Mr(s). Claudia Lemboumba Sassou Nguesso has been a valued client of company and maintains a satisfactory business relationship with our company.

We have known Mr(s). Claudia Lemboumba Sassou Nguesso to be an honest and reliable person based on our previous business dealings with him(her).

From a financial perspective and as I know Mr(s). Claudia Lemboumba Sassou Nguesso accounts have always been in excellent standing. And based on my conversations with him(her), I would say with confidence that him(her) have a very good financial condition to reside on Trump International Hotel & Tower Condominium.

If there is any additional information that I can provide, please do not hesitate to contact me (costwoldspartners@gmail.com).

Yours truly,

COSTWOLDS PARTNERS, S.A.

Costwolds Partners, S.A.
1 Place Ville Marie Suite 2001,
Montréal, Québec

Dear Members of the Board
Trump International Hotel & Tower Condominium:

This letter is sent to you on behalf of my good friend, Claudia Lemboumba Sassou Nguesso, who have applied to purchase an apartment in Trump International Hotel & Tower Condominium.

I have been close friends with Claudia Lemboumba Sassou Nguesso for more than 5 years. It is my pleasure to offer an enthusiastic recommendation to the Board, as I believe Claudia Lemboumba Sassou Nguesso is one of the finest people I know.

I consider Claudia Lemboumba Sassou Nguesso one of my best friends Claudia Lemboumba Sassou Nguesso has been there for me in the good times and the bad, never disappointing me. I truly enjoy her company and I cherish the friendship she provides.

I believe Claudia Lemboumba Sassou Nguesso will be wonderful neighbours. She is intelligent and will be a valued addition to Trump International Hotel & Tower Condominium. I consider she to be people of the highest moral character, honest, caring, involved and supportive.

Sincerely,

António José da Silva Velga
ID Number:

Dear Members of the Board
Trump International Hotel & Tower Condominium:

Dear Members of the Board
Trump International Hotel & Tower Condominium:

This letter is sent to you on behalf of my good friend, Claudia Lemboumba Sassou Nguesso, who have applied to purchase an apartment in Trump International Hotel & Tower Condominium.

I have been close friends with Claudia Lemboumba Sassou Nguesso for more than 3 years. It is my pleasure to offer an enthusiastic recommendation to the Board, as I believe Claudia Lemboumba Sassou Nguesso is one of the finest people I know.

I consider Claudia Lemboumba Sassou Nguesso one of my best friends Claudia Lemboumba Sassou Nguesso has been there for me in the good times and the bad, never disappointing me. I truly enjoy her company and I cherish the friendship she provides.

I believe Claudia Lemboumba Sassou Nguesso will be wonderful neighbours. She is intelligent and will be a valued addition to Trump International Hotel & Tower Condominium. I consider she to be people of the highest moral character, honest, caring, involved and supportive.

Sincerely,

Paulo Santana Lopes
ID Number:

Issue date: 28/01/2014
Expyre date: 27/01/2015